UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

JAMES V. ATKISSON   CASE NO. 11-bk-01106-PMG

   Debtor(s).

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is docketed. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on the movant's attorney at his address indicated below and to the United States Trustee at 135 W. Central Blvd., Suite 620, Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate to the debtor: real property located at 440 W. 6th Street, Solomon, KS 67480. The sales price is $20,000, which has been received.. The sale is as is with all faults. There are no warranties, either express or implied. The property is tax assessed at $40,600. The property is being sold subject to two outstanding mortgages in favor of GMAC and Solomon State Bank which total approximately $8,000. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of liquidation, e.g., auctioneer's fees or real estate broker fees. There are no negative tax consequences.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 17, 2011..

/s/ Gregory K. Crews
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October 17, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

JAMES V. ATKISSON  Case No. 11-01106-BKC-3G7

        Debtor(s).

## CERTIFICATE OF SERVICE OF TRUSTEE'S
## NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify that on October 17, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

                                                Gregory K. Crews, Trustee
                                                8584 Arlington Expressway
                                                Jacksonville, Florida 32211
                                                (904) 354-1750

Label Matrix for local noticing
113A-3
Case 3:11-bk-01106-PMG
Middle District of Florida
Jacksonville
Mon Oct 17 10:46:28 EDT 2011

American Express
PO BOX 360002
Fort Lauderdale, FL 33336-0002

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Applied Card Bank
PO BOX 17125
Wilmington, DE 19850-7125

James V. Atkisson
900 Las Navas Pl.
Saint Augustine, FL 32092-0604

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of America
P.O. Box 15028
Wilmington, DE 19850-5028

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 248839
Oklahoma City, OK 73124-8839

Capitol One
PO BOX 85167
Richmond, VA 23285-5167

Chase
PO BOX 15153
Wilmington, DE 19886-5153

Chase Bank
PO BOX 15298
Wilmington, DE 19850-5298

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Gregory K Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FIA Card Services, NA/Bank of America
by American InfoSource LP as its agent
PO Box 248809
Oklahoma City, OK 73124-8809

First Bankcard
PO BOX 8580
Omaha, NE 68108-0580

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

GE Money Bank
Attn: Ramesh Singh
c/o Recovery Management Systems Corp
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

GE Money Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

GMAC
P.O. Box 380901
Minneapolis, MN 55438-0901

GMAC
PO BOX 4622
Waterloo, IA 50704-4622

HSBC
PO BOX 80026
Salinas, CA 93912

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Gordon T. Nicol
7545 Centurion Parkway
Suite 108
Jacksonville, FL 32256-4118

Orchard Bank
PO BOX 5222
Carol Stream, IL 60197-5222

PYOD LLC its successors and assigns as assig
Citibank, NA
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

PYOD LLC its successors and assigns as assig
Citibank, NA, NA
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

| Recovery Management Systems Corporation | Solomon State Bank | St. Johns County Tax Collector |
| --- | --- | --- |
| 25 S.E. 2nd Avenue, Suite 1120 | PO BOX 305 | Dennis W. Hollingswo |
| Miami, FL 33131-1605 | Solomon, KS 67480-0305 | Post Office Box 9001 |
| | | Saint Augustine FL 32085-9001 |
| U.S Airways | United States Trustee | United States Trustee - JAX 7 |
| PO BOX 13337 | 135 W Central Blvd, Suite 620 | 135 W Central Blvd Suite 620 |
| Philadelphia, PA 19101-3337 | Orlando, FL 32801-2440 | Orlando, FL 32801-2440 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
P.O. Box 30951
Salt Lake City, UT 84130-0951

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

(u)Paul M. Glenn
Jacksonville

End of Label Matrix
Mailable recipients    35
Bypassed recipients     2
Total                  37